IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TAYLOR PIPELINE CONSTRUCTION, INC. | § § § | C.A. NO. 1-04-CV0599 |
| VS. | § | JURY |
| DIRECTIONAL ROAD BORING, INC., DAVID J. O'LEARY and HYPOWER, INC. | § § § | |

## PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S AMENDED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TAYLOR PIPELINE CONSTRUCTION, INC. | § § § | C.A. NO. 1-04-CV0599 |
| VS. | § | JURY |
| DIRECTIONAL ROAD BORING, INC., DAVID J. O'LEARY and HYPOWER, INC. | § § § § | |

BACKGROUND

## PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S AMENDED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Taylor Pipeline Construction, Inc. ("Taylor Pipeline"), and files this Plaintiff's Supplement to Plaintiff's Amended Response to Defendants' Motions for Summary Judgment and, in support thereof, respectfully shows as follows:

I.

Pursuant to this Honorable Court's Request, Plaintiff Taylor Pipeline submits the following to Plaintiff's Amended Response to Defendants' Motions for Summary Judgment:

1) Reporter's Certification
For the Deposition of James D. Taylor
October 27, 2005
Deposition Unsigned

2) Reporter's Certification
Oral Deposition of Julia Taylor
November 15, 2005
Deposition Unsigned

3) Reporter's Certification
Oral Deposition of Thomas B. Neild
November 11, 2005
Deposition Unsigned

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TAYLOR PIPELINE CONSTRUCTION, INC. | § § § | C.A. NO. 1-04-CV0599 |
| VS. | § § | JURY |
| DIRECTIONAL ROAD BORING, INC., DAVID J. O'LEARY and HYPOWER, INC. | § § § § | |

BACKGROUND

## PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S AMENDED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff Taylor Pipeline Construction, Inc. ("Taylor Pipeline"), and files this Plaintiff's Supplement to Plaintiff's Amended Response to Defendants' Motions for Summary Judgment and, in support thereof, respectfully shows as follows:

I.

Pursuant to this Honorable Court's Request, Plaintiff Taylor Pipeline submits the following to Plaintiff's Amended Response to Defendants' Motions for Summary Judgment:

1) Reporter's Certification
   For the Deposition of James D. Taylor
   October 27, 2005
   Deposition Unsigned

2) Reporter's Certification
   Oral Deposition of Julia Taylor
   November 15, 2005
   Deposition Unsigned

3) Reporter's Certification
   Oral Deposition of Thomas B. Neild
   November 11, 2005
   Deposition Unsigned

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Taylor Pipeline respectfully prays Defendants' Motions for Summary Judgment be denied, and that Plaintiff, Taylor Pipeline be awarded such other relief, general or special, legal or equitable, to which it may be justly entitled.

Respectfully submitted,

By: _____
MIKE JOHNSTON, TBA #10840500
FED. ID #7264
DAVID MEDEARIS, TBA #24041465
FED. ID #557586

OF COUNSEL:

SULLINS, JOHNSTON, ROHRBACH
& MAGERS
2200 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
Tel 713.521.0221
Fax 713.521.3242

ATTORNEYS FOR PLAINTIFF,
TAYLOR PIPELINE CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 5 day of April, 2006 **PLAINTIFF'S SUPPLEMENT TO PLAINTIFF'S AMENDED RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** was served electronically via e-file system, certified mail, return receipt requested and/or hand delivery and/or by facsimile and/or by First Class mail upon all counsel of record.

_____
DAVID MEDEARIS