UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TAYLOR PIPELINE CONSTRUCTION, INC. | § | |
| | § | |
| VS. | § | NO. 1:04CV599 |
| | § | |
| DIRECTIONAL ROAD BORING, INC., ET AL | § | |

## SATISFACTION OF JUDGMENT

Taylor Pipeline Construction, Inc, through undersigned counsel, hereby files this Satisfaction of Judgment acknowledging full payment and satisfaction of all judgments in the above referenced matter against Directional Road Boring, Inc. and David J. O'Leary.

RESPECTFULLY SUBMITTED,

SULLINS, JOHNSTON, ROHRBACH & MAGERS

*/s/ Mike Johnston*

By: Mike Johnson
MIKE JOHNSTON, TBA #10840500
FED. ID #7264
DAVID MEDEARIS, TBA #24041465
FED. ID #557586
2200 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
Tel 713.521.0221.
Fax 713.521.3242
ATTORNEY FOR PLAINTIFF,
TAYLOR PIPELINE CONSTRUCTION, INC.

ND: 4853-1120-8705, v. 1